IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02019-WYD-MEH

DAVID LESERMAN and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation;

     Plaintiffs;

v.

THE CITY OF BOULDER, COLORADO; and
WESTCOR COMPANY II, LIMITED PARTNERSHIP, an Arizona corporation;

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, January 29, 2007.**

     The Joint Motion to Amend Scheduling Order [Filed January 25, 2007; Docket #26] is **granted**. The deadline for serving interrogatories is changed to August 22, 2007, thirty-three days prior to the discovery cutoff.