IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02019-WYD-MEH

DAVID LESERMAN and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

THE CITY OF BOULDER, COLORADO, and
WESTCOR COMPANY II, LIMITED PARTNERSHIP, an Arizona corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2007.**

Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed January 30, 2007; Docket #29] is **granted**. The Court will sign the Protective Order and enter it on the record.