IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02019-WYD-MEH

DAVID LESERMAN, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

     Plaintiffs;

v.

THE CITY OF BOULDER, COLORADO, and
MACERICH TWENTY NINTH STREET, LLC,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 9, 2007.**

     Plaintiffs have filed a Motion for Leave to File Amended Complaint [Filed July 12, 2007; Docket #46]. The motion was filed prior to the deadline for amendment of pleadings, and Defendants have not responded. The Court finds that this amendment furthers the interests of justice, and **grants** the motion. The Clerk of the Court is directed to file Docket #46-2 as Plaintiffs' Amended Complaint.