IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02019-WYD-MEH

DAVID LESERMAN, and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

     Plaintiffs;

v.

THE CITY OF BOULDER, COLORADO, and
MACERICH TWENTY NINTH STREET, LLC,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 14, 2007.**

     Based upon the parties' notice of settlement, the Second Joint Motion to Amend Scheduling Order [filed August 14, 2007; doc #55] is **denied without prejudice**. All outstanding discovery and pretrial deadlines, as set forth in the amended Scheduling Order, are hereby **vacated**.