IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02019-WYD-MEH

DAVID LESERMAN; and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

THE CITY OF BOULDER, COLORADO; and
WESTCOR COMPANY II, LIMITED PARTNERSHIP, an Arizona corporation,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE
## OF DEFENDANT CITY OF BOULDER, COLORADO

THIS MATTER comes before the Court on the Stipulated Motion for Dismissal With Prejudice of Defendant City of Boulder, Colorado (docket #68), filed October 31, 2007.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulated motion should be granted. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice of Defendant City of Boulder, Colorado (docket #68) is **GRANTED** and Defendant City of Boulder, Colorado is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this change.

Dated: November 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge