IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-02019-WYD-MEH

DAVID LESERMAN; and
COLORADO CROSS-DISABILITY COALITION, a Colorado non-profit corporation,

    Plaintiffs,

v.

MACERICH TWENTY NINTH STREET, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on Plaintiffs' Unopposed Motion for Dismissal With Prejudice of Defendant Macerich Twenty Ninth Street, LLC (docket #70), filed April 11, 2008. After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this motion should be granted. Additionally, since Macerich Twenty Ninth Street, LLC is the final remaining Defendant in this action, this Order dismisses the entire action with prejudice. Accordingly, it is

ORDERED that Plaintiffs' Unopposed Motion for Dismissal With Prejudice of Defendant Macerich Twenty Ninth Street, LLC (docket #70) is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees.

Dated: April 14, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge